IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUMAH ABDULLAHI THOMAS MOORE ALI,

    Plaintiff,               No. CIV S-02-0937 MCE KJM P

   vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.        <u>ORDER</u>

                      /

        Plaintiff is a state prisoner proceeding pro se. On September 24, 2004, the court informed plaintiff that it would attempt to locate counsel to represent plaintiff. As evidenced by the court's order of June 23, 2005, efforts to obtain counsel for plaintiff have been unsuccessful.

        In the September 24, 2004 order, the court denied a number of motions without prejudice to renewal after the court determines whether counsel will be appointed. Plaintiff now requests that those motions be renewed. The court will grant plaintiff's motion and, over the short-term, will resolve the numerous motions plaintiff has filed with the court. The court will also determine the schedule for the duration of this action once the pending motion for summary judgment is resolved.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 11, 2005 "motion to renew motions already on file. . ." is granted; and

2. All of the motions denied without prejudice in this court's September 24, 2004 order are deemed renewed as of the date of this order.

DATED: March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] moor0937.ren