IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUMAH ABDULLAHI THOMAS MOORE ALI,

      Plaintiff,

  v.

COUNTY OF SACRAMENTO, et al.,

      Defendants.

No. 2:02-cv-0937-MCE-KJM-P

ORDER

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff asks that the undersigned recuse. However, Plaintiff has not provided any valid reason in support of his request. See 28 U.S.C. § 455. Therefore, Plaintiff's December 18, 2006 motion for recusal is denied.

Dated: January 22, 2007

                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE