1  LONGYEAR, O'DEA & LAVRA, LLP

2  3620 American River Drive, Suite 230
   Sacramento, California 95864-5923

3  Tel: 916-974-8500 Fax: 916 974-8510

4  John A. Lavra, CSB No. 114533
   Jeri L. Pappone, CSB No. 210104

5

6  Attorneys for Defendants
   COUNTY OF SACRAMENTO; BLANAS;

7  TWOMEY; KOBAYASHI; CONTINI; DAW;
   ORTIZ; DEWSNAP

8

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11  JUMAH ABDULLAHI THOMAS MOORE )       CASE NO. CIV S-02-0937 MCE KJM -P
    ALI,                                )
12                                      )
              Plaintiff,                )
13                                      )       **ORDER GRANTING DEFENDANTS'**
    vs.                                 )       **REQUEST FOR EXTENSION OF TIME**
14                                      )       **TO FILE MOTION FOR SUMMARY**
                                        )       **JUDGMENT**
15  COUNTY OF SACRAMENTO; SHERIFF )
    BLANAS;   LIEUTENANT   TWOMEY; )
16  SERGEANT  KOBAYASHI; SERGEANT )
    CONTINI; DEPUTY DAW; CHAPLAIN )
17  ORTIZ,  CHAPLAIN  DEWSNAP;   and )
    DOES  1 through 60, inclusive,      )
18                                      )
              Defendants               )
19                                      )

20

21      Having reviewed Defendants' Request for Extension of time to re-file their Motion for

22  Summary Judgment, and good cause appearing therefor,

23      IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment shall be

24  filed and served on or before July 30, 2007.

25  DATED:  June 1, 2007.

26  _____
    U.S. MAGISTRATE JUDGE

27

28

LONGYEAR,  O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

Page 1