IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUMAH ABDULLAHI THOMAS MOORE ALI,

       Plaintiff,                No. CIV S-02-0937 MCE KJM P

  vs.

COUNTY OF SACRAMENTO, et al.,

       Defendants.          <u>ORDER</u>

/

Plaintiff requests an extension of time to respond to defendants' July 17, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's August 10, 2007 request for an extension of time is granted.

2. Plaintiff is granted thirty days within which to serve his opposition to defendants' July 17, 2007 motion to dismiss.

DATED: August 22, 2007.

_____
U.S. MAGISTRATE JUDGE

1
ali0937.36(1)