IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUMAH ABDULLAH THOMAS MOORE ALI,

        Plaintiff,                      No. CIV S-02-0937 MCE KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.             <u>ORDER</u>

                                          /

Plaintiff has requested an extension of time to file and serve objections to the court's February 15, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 201) is granted; and

        2. Plaintiff shall file objections to the February 15, 2008 findings and recommendations on or before April 15, 2008.

DATED: March 12, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
ali0937.36