IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUMAH ABDULLAH THOMAS
MOORE ALI,

       Plaintiff,                  No. CIV S-02-0937 MCE KJM P

   vs.

COUNTY OF SACRAMENTO, et al.,

       Defendants.            <u>ORDER</u>

                                   /

Plaintiff has filed his second request for an extension of time to file and serve objections to the court's February 15, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (docket no. 203) is granted; and

      2. Plaintiff shall file and serve objections to the February 15, 2008 findings and recommendations on or before May 14, 2008.

DATED: April 24, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp

1  ali0937.36sec
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26