IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUMAH ABDULLAH THOMAS MOORE ALI,

   Plaintiff,

  vs.

COUNTY OF SACRAMENTO, et al.,

   Defendants.

No. 2:02-cv-0937-MCE-KJM P

ORDER

/

Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 15, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

---

[1] In his objections, plaintiff argues that defendants should not be granted summary judgment with respect to his claims because plaintiff did exhaust administrative remedies with respect to his claims prior to filing suit. However, plaintiff fails to point to anything the court can consider indicating he ever completed the third step of the grievance process with respect to any of his claims. See Findings and Recommendations at 4:1-9.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,
3 the court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5   Accordingly, IT IS HEREBY ORDERED that:
6   1.  The findings and recommendations filed February 15, 2008, are adopted in full;
7   2.  Defendants' motion to dismiss (docket no. 162) is denied.
8   3.  Plaintiff's request for an injunction (docket no. 182) is denied;
9   4.  Defendants' motion for summary judgment (docket no. 164) is granted; and
10   5.  This case is dismissed without prejudice for failure to exhaust administrative
11 remedies.

Dated:  June 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE