IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUMAH ABDULLAH THOMAS
MOORE ALI,

      Plaintiff,             No. CIV S-02-0937 MCE KJM P

   vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.        <u>ORDER</u>

_____/

      In light of the mandate filed in this court on November 3, 2009 by the Ninth Circuit Court of Appeals, IT IS HEREBY ORDERED that the order entered on October 22, 2009 is re-entered as of today's date, and the Clerk of the Court is directed to re-enter judgment.

Dated: November 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE